# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PETER R. WRIGHT, | Case No. 2:20-cv-00291-GMN-VCF |
| Petitioner, | **ORDER** |
| v. | |
| UNITED STATES DISTRICT COURT, *et al.*, | |
| Respondents. | |

Peter R. Wright, a federal prisoner currently incarcerated at the Nevada Southern Detention Center, in Pahrump, Nevada, initiated this action on February 12, 2020, by filing a Petition for Writ of Habeas Corpus (ECF No. 1-1).

Wright did not pay the filing fee for this action, and he did not file an application to proceed *in forma pauperis*. The Court will dismiss this action, without prejudice, primarily for that reason.

Furthermore, Wright's petition, viewed as a petition under 28 U.S.C. § 2241, is frivolous on its face. In his petition, Wright complains generally – without providing any specific factual allegations – that his sentence is illegal, in that it violates his federal constitutional right to not be subjected to double jeopardy *See* Petition for Writ of Habeas Corpus (ECF No. 1-1). "A motion under [28 U.S.C. § 2255] is generally the exclusive remedy for a federal prisoner who seeks to challenge the legality of

confinement." *Muth v. Fondren*, 676 F.3d 815, 818 (9th Cir.), *cert. denied*, 568 U.S. 894 (2012); *Harrison v. Ollison*, 519 F.3d 952, 955 (9th Cir. 2008); *see also* 28 U.S.C. § 2255(e). Generally, a federal prisoner may file a habeas petition under 28 U.S.C. § 2241 only to attack the "execution of his sentence," not to attack its validity. *See Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000); *see also Porter v. Adams*, 244 F.3d 1006, 1007 (9th Cir. 2001). The Court takes judicial notice of the proceedings in Case No. 2:19-cv-01742-RCJ-NJK and Case No. 2:05-cr-00377-RCJ-NJK-1. In Case No. 2:19-cv-01742-RCJ-NJK, Wright filed a petition for writ of habeas corpus, which has been treated as a motion under 28 U.S.C. § 2255, relative to Wright's conviction and sentence in Case No. 2:05-cr-00377-RCJ-NJK-1. Wright's motion under 28 U.S.C. § 2255, in Case No. 2:19-cv-01742-RCJ-NJK and Case No. 2:05-cr-00377-RCJ-NJK-1, is his exclusive remedy. The Court dismisses this action for this additional reason as well.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to enter judgment accordingly.

DATED THIS 14 day of _____February_____, 2020.

_____
GLORIA M. NAVARRO,
UNITED STATES DISTRICT JUDGE